```
ROBERTSON & BENEVENTO                                    E-Filed on
SAM BENEVENTO
Nevada Bar No. 003676
1945 East Warm Springs
Las Vegas, Nevada 89119
702/433-2000
Attorney for Debtor(s)
generaldelivery@nevlawyers.com
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) In Bankruptcy |
| | ) BKS-08-22176-LBR |
| | ) Chapter 13 |
| RANDY and VERONICA WHITON, | ) |
| | ) |
| Debtor(s). | ) |
| | ) |

### **WITHDRAWAL OF MOTION TO VACATE ORDER TERMINATING STAY**

Debtor(s), RANDY and VERONICA WHITON, by and through their counsel undersigned, hereby withdraw Debtor's Motion to Vacate Order Terminating Stay, and requests that the hearing scheduled for April 8, 2010 at 2:30 p.m. be vacated.

DATED this 2nd day of March, 2010.

```
                              ROBERTSON & BENEVENTO

                              /s/ SAM BENEVENTO
                         By:_____
                              SAM BENEVENTO
                              Nevada Bar No. 3676
                              1945 East Warm Springs
                              Las Vegas, NV 89119
                              702/433-2000
                              Attorney for Debtors
```

## CERTIFICATE OF SERVICE

I, Rachel Henson, an employee of Robertson & Benevento hereby certify that a true and correct copy of the above and foregoing Notice to Withdraw Motion to Vacate Order Terminating Stay was mailed this 2nd day of March, 2010 to:

Randy & Veronica Whiton
6425 W. Eldorado
Las Vegas, NV 89139

Kathleen Leavitt
201 Las Vegas Blvd. South St 200
Las Vegas NV 89101
(sent by ECF)

Wilde & Associates
Gregory L. Wilde, Esq.
212 South Jones Blvd.
Las Vegas, NV 89107

/s/ RACHEL HENSON

Rachel Henson, an Employee of
ROBERTSON & BENEVENTO