

**Entered on Docket**
**October 13, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde. Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO. P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

MorEquity, Inc.
09-77732

## UNITED STATES BANKRUPTCY COURT

## SOUHERN DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 08-22176-lbr |
| Randy M. Whiton and Veronica A. Whiton | Motion no.<br>Date:<br>Time: |
| Debtors. | Chapter 13 |

## ORDER VACATING AUTOMATIC STAY

Pursuant to the Declaration re Breach of Condition filed on September 20, 2010 and Debtors

failure to cure the default prior to its expiration, and good cause appearing.

IT IS HEREBY ORDERED. ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to

1  Secured Creditor, MorEquity, Inc. its assignees and/or successors in interest. and Secured Creditor may

2  proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally described as

3  6425 W. ElDorado Ln. , Las Vegas NV and legally described as follows:

4      Lot One hundred forty-Zeven (147) in Block B of Eldorado Pines-Unit 1 as shown by map
    thereof on file in Book 102 of Plats, Page 78 in the Office of the County Recorder, Clark County,
5      Nevada and amended by Certificate of Amendment recorded January 7, 2002 in Book 20020107
    as Document No. 905.
6

7  pursuant to applicable State Laws. and thereafter commence any action necessary to

8  obtain complete possession of the subject property.

9

10      **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

11  **give Debtors at least fourteen business days' notice of the time, place and date of sale.**

12      IT IS FURTHER ORDERED. ADJUDGED, AND DECREED that Secured Creditor hereby

13  withdraws its secured Proof of Claim filed in this matter.  The Secured Creditor shall notify the Trustee

14  of the completion of the foreclosure sale.  If applicable, Secured Creditor may thereafter amend its

15  secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the

16  foreclosure sale.

17

18  Submitted by:

19  Wilde & Associates

20

21  By _____ #10235

22      **GREGORY L. WILDE, ESQ.**
    Attorney for Secured Creditor
    212 South Jones Boulevard
23      Las Vegas, Nevada 89107

24

25

26